FORM 1     Page No.: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-41973-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | M & R COTTON PARTNERSHIP, LTD. | Date Filed (f) or Converted (c): | 06/04/2020 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 07/08/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2 First Bank & Trust checking 0249 | $13.00 | $0.00 | | $0.00 | FA |
| 3 First Bank & Trust (payroll account) M & R Cotton, Inc. checking 6547 | $55.00 | $0.00 | | $0.00 | FA |
| 4 Office furniture Unknown Comparable sale | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 Office equipment, computer(s) etc. Unknown Comparable sale | $800.00 | $0.00 | | $0.00 | FA |
| 6 2003 Hyundai Semi Van | $3,000.00 | $0.00 | | $0.00 | FA |
| 7 2008 Chevrolet Pick up | $4,000.00 | $0.00 | | $0.00 | FA |
| 8 1986 Freightliner Module Truck | $20,000.00 | $0.00 | | $0.00 | FA |
| 9 2003 International Module Truck | $75,000.00 | $0.00 | | $0.00 | FA |
| 10 Cotton Gin: 400 Pacific Ave., Loraine, TX 79532 building and land and equipment associated with the Cotton Gin (equipment is a fixture of structure) | $950,000.00 | $760,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**
$1,053,868.00     $760,000.00     $0.00     $0.00

**Major Activities affecting case closing:**

| 08/09/2022 | Trustee's counsel is negotiating a settlement of causes of action related to payments received pre-petition. |
| 04/01/2022 | Trustee counsel is investigating possible adversarial claims |
| 07/30/2021 | Scheduled property located at 400 Pacific Ave. Loraine, TX 79532 is still listed for sale. |
| 03/22/2021 | On March 5, 2021, the scheduled property located at 400 Pacific Ave, Loraine, TX 79532, was listed for sale. |

| Initial Projected Date Of Final Report (TFR): | 08/01/2021 | /s/ RODDRICK B. NEWHOUSE |
| Current Projected Date Of Final Report (TFR): | 03/31/2023 | RODDRICK B. NEWHOUSE |